■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS SAMPER, Appellant. [657 NYS2d 640] —Judgment, Su-

preme Court, New York County (Jay Gold, J.), rendered March 18, 1993, convicting defendant, after a jury trial, of murder in the second degree, and sentencing him to a term of 25 years to life, unanimously affirmed.

As a whole, the court's supplemental charges on evaluating witnesses' credibility adequately conveyed the proper standards (*People v Fields*, 87 NY2d 821).

The court properly exercised its discretion when it denied defendant's motion for a mistrial since the court promptly struck the offending testimony and issued curative instructions to the jury (*People v Owens*, 214 AD2d 480, 481, *lv denied* 86 NY2d 799). The court properly declined to discharge the purportedly deadlocked jury, which had deliberated over a 2-day period, during which it requested and obtained extensive readback and re-instruction (*Matter of Plummer v Rothwax*, 63 NY2d 243). Concur—Murphy, P. J., Rosenberger, Wallach, Tom and Andrias, JJ.